NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**FIRST BUSEY CORP., FKA CROSSFIRST BANKSHARES, INC.,**
*Appellant*

**v.**

**BANC OF CALIFORNIA, N.A.,**
*Appellee*

---

2024-1582

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92/075,496.

---

## O R D E R

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeal is dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

December 11, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE: DECEMBER 11, 2025**